BARNETT M. KAPLAN, Respondent, v. JAMES D. KEMPER, Also Known as JIMMY KEMPER, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

WEPRIN & GLASS BUILDING CORPORATION, Respondent, v. ROSOFF SUBWAY CONSTRUCTION CO., INC., Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell, J., dissents.

In the Matter of Proving the Last Will and Testament of FRANK O. BURRIDGE, Deceased, as a Will of Real and Personal Property. In the Matter of HARRY CHAIN BASSLER, Contestant, Appellant, as Ancillary Administrator C. T. A. of the Will of ANNA B. BURRIDGE, Also Known as ANNA S. BURRIDGE, Deceased, Contestant, against HERBERT C. SMYTH, Proponent, Respondent.— Decree and orders affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

WILLIAM B. NORTH, Appellant, v. THE PHILIP CAREY MANUFACTURING COMPANY and Another, Respondents, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JULLIS CHERNIACK and Another, Respondents, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

EVELYN M. GOLDSTEIN, an Infant, by SIDNEY M. GOLDSTEIN, Her Guardian ad Litem, Appellant, v. SEYMOUR L. MANTELL, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [155 Misc. 692.]

IRENE FRANKENSTEIN, Suing on Her Own Behalf as a Stockholder and on Behalf of All Other Stockholders of the Anaconda Copper Mining Company Similarly Situated, Who May Choose to Come in and Contribute to the Expenses of this Action, Respondent, v. ANACONDA COPPER MINING COMPANY and Others, Defendants, Impleaded with CORNELIUS F. KELLEY and Others, Appellants.— Orders affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

HRANT MESSIAYAN and Others, Respondents, v. HAMPAR O. AMBROOKIAN and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of MABEL T. SULLIVAN, Deceased, as a Will of Real and Personal Property. FLORENCE A. HEDEEN, Appellant; MARGUERITE S. WAGNER, Respondent.— Decree affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

PEARL MICHAEL, Appellant, v. WILLIAM GURIAN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.